# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| T.S., | : | No. 34 MAP 2020 |
| | : | |
| Appellee | : | Appeal from the Order of the |
| | : | Commonwealth Court at No. 129 |
| | : | MD 2019 dated May 11, 2019. |
| v. | : | |
| | : | |
| | : | |
| PENNSYLVANIA STATE POLICE, | : | |
| | : | |
| Appellant | : | |

## ORDER

**PER CURIAM**                                    **DECIDED:  December 22, 2020**

**AND NOW**, this 22nd day of December, 2020, the order of the Commonwealth Court is REVERSED.  *See Commonwealth v. Lacombe*, 234 A.3d 602 (Pa. 2020) (holding that Subchapter I of Sex Offender Registration and Notification Act, 42 Pa.C.S. §§9799.51-9799.76, does not constitute criminal punishment and is not an *ex post facto* law).